Case No: 22-2080

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
_____

KIMBERLY CONNORS
Appellant

vs.

MERIT ENERGY COMPANY, LLC                               Appellee
_____

**ENTRY OF APPEARANCE OF COUNSEL**

The Clerk will enter my appearance as Counsel for the following party(s):

<u>KIMBERLY CONNORS, Appellant</u>

Dated June 1, 2022

<u>/s/ Jeremy B. Lowrey</u>
Signature

<u>Jeremy B. Lowrey</u>
ATTORNEY NAME

| | |
|---|---|
| <u>Jeremy B. Lowrey, Attorney at Law</u> | <u>501-329-4957</u> |
| FIRM NAME | OFFICE PHONE NUMBER |
| | |
| <u>Post Office Box 153</u> | <u>479-222-1459</u> |
| STREET or P.O. BOX | FACSIMILE NUMBER |
| | |
| <u>Sheridan, Arkansas 72150</u> | <u>jlowrey@centerlane.org</u> |
| CITY, STATE, ZIP | E-MAIL ADDRESS |

# CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2022 I electronically filed the foregoing Entry of Appearance of Counsel with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, including:

Michael B. Heister
Quattlebaum Grooms Tull Burrow PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201

                                      */s/ Jeremy B. Lowrey*
                                      Jeremy B. Lowrey